UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-09732-DDP-RAO | Date | July 15, 2019 |
|---|---|---|---|
| Title | Innova Solutions, Inc. v. Kathy Baran | | |

Present: The Honorable   DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jonathan Roger Sturman | Joshua Samuel Press |

**Proceedings:**   Motion for Summary Judgment [28]
   Motion for Summary Judgment [29]

Court hears oral argument and takes the matters under submission.

|   | 1 | : | 07 |
|---|---|---|---|
| Initials of Preparer | PG | | |